**Sheila ADAIR, Appellant,**

v.

**William H. ADAIR, Appellee.**

**No. 13–03–478–CV.**

Court of Appeals of Texas,
Corpus Christi–Edinburg.

Oct. 9, 2003.

R.W. Armstrong, R.W. Armstrong & Associates, Brownsville, for appellant.

Lisa L. Taylor, Brasch & Taylor, L.L.P., Harlingen, for appellee.

Before Justices HINOJOSA, YAÑEZ, and GARZA.

OPINION

PER CURIAM.

Appellant, SHEILA ADAIR, perfected an appeal from a judgment entered by the 107th District Court of Cameron County, Texas, in cause number 1984–10–2433–A. No clerk's record has been filed due to appellant's failure to pay or make arrangements to pay the clerk's fee for preparing the clerk's record.

If the trial court clerk fails to file the clerk's record because the appellant failed to pay or make arrangements to pay the clerk's fee for preparing the clerk's record, the appellate court may dismiss the appeal for want of prosecution unless the appellant was entitled to proceed without payment of costs. TEX.R.APP. P. 37.3(b).

On September 10, 2003, notice was given to all parties that this appeal was subject to dismissal pursuant to TEX.R.APP. P. 37.3(b). Appellant was given ten days to explain why the cause should not be dismissed. To date, no response has been received from appellant.

The Court, having examined and fully considered the documents on file, appellant's failure to pay or make arrangements to pay the clerk's fee for preparing the clerk's record, this Court's notice, and appellant's failure to respond, is of the opinion that the appeal should be dismissed for want of prosecution. The appeal is hereby DISMISSED FOR WANT OF PROSECUTION.